SEALED
ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **TO BE FILED UNDER SEAL** |
| v. | |
| RACHEL L. LUCERO (1) | Case No. 3-14CR-470-N |

## INDICTMENT

The Grand Jury Charges:

<u>Count One</u>
Conspiracy to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or about August 1, 2014, the exact date being unknown to the Grand Jury, and continuing until the date of this indictment, in the Dallas Division of the Northern District of Texas and elsewhere, defendant, **Rachel L. Lucero,** and others both known and unknown, did knowingly, intentionally and unlawfully combine, conspire, confederate, and agree together, with each other and with other persons both known and unknown, to commit certain offenses against the United States, to-wit: possess with the intent to distribute and to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

*In violation of 21 U.S.C. § 846.*

Indictment - Page 1

<u>Count Two</u>
Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 841(a) and (b)(1)(C))

On or about October 17, 2014, in the Dallas Division of the Northern District of Texas, the defendant, **Rachel L. Lucero**, did knowingly and intentionally possess with intent to distribute and distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

*In violation of 21 U.S.C. § 841(a) and (b)(1)(C).*

Indictment - Page 2

A TRUE BILL

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

PHELESA M. GUY
Assistant United States Attorney
Texas State Bar No. 00798230
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214-659-8809

**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

RACHEL L. LUCERO (1)

SEALED INDICTMENT

21 U.S.C. § 846
Conspiracy to Distribute a Controlled Substance

21 U.S.C. § 841(a) and (b)(1)(C)
Possession with Intent to Distribute a Controlled Substance

(2 COUNTS)

A true bill rendered

DALLAS                                                    FOREPERSON

Filed in open court this 2 day of December, 2014

**WARRANT TO ISSUE FOR DEFENDANT RACHEL L. LUCERO**

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
(No Criminal Case Pending)